United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL INC, | No.   C06-03371 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| LEANDRA PELLUM-DELEON, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **August 11, 2006**, the case shall be dismissed for failure to prosecute.  The Case Management Conference scheduled for August 22, 2006, is **vacated.**

**IT IS SO ORDERED.**

Dated:      7/31/2006

_____
MARTIN J. JENKINS
United States District Judge