**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., | No.   C06-3371 MJJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| LEANDRA PELLUM-DELEON, | |
| Defendant(s). | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, **and Rule 55(a) and (b).**

If plaintiff fails to file a written response to this order to show cause **within TWO WEEKS of the date of the order,** the case shall be dismissed for failure to prosecute.  The Case Management Conference scheduled for    [Not Applicable]      is hereby vacated.

**IT IS SO ORDERED.**

Dated:   5/7/2007

MARTIN J. JENKINS
United States District Judge